**In re Petition for DISCIPLINARY ACTION AGAINST Thomas F. MARESH, an Attorney at Law of the State of Minnesota.**

**No. C7–95–1084.**

Supreme Court of Minnesota.

May 26, 1995.

### ORDER

Based upon all the files, records and proceedings herein and upon the stipulation of the parties,

IT IS HEREBY ORDERED that Thomas F. Maresh, respondent to a petition for disciplinary action filed by the Director of the Office of Lawyers Professional Responsibility, is suspended from the practice of law pending final determination of the disciplinary proceedings.

BY THE COURT:

/s/ <u>M. Jeanne Coyne</u>

M. Jeanne Coyne
Associate Justice